# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND TAYLOR, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST PUBLISHING INC., et al.<br><br>Defendants. | Case No.: 19-CV-2107 W (NLS)<br><br>**ORDER CLOSING DISTRICT COURT CASE FILE** |

Plaintiff has dismissed this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*See Notice of Vol. Dism.* [Doc. 6].) Accordingly, the Clerk shall close the District Court case file.

**IT IS SO ORDERED**.

Dated: April 7, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

19-CV-2107 W (NLS)